UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FARHAT ALI, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22-CV-00036 |
| | § | |
| LIBERTY MUTUAL INSURANCE COMPANY, | § | (JURY) |
| | § | |
| *Defendant*. | § | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S MOTION TO ENTER FINAL JUDGMENT**

Plaintiff Farhat Ali files this, his Response in Opposition to Defendant Liberty Mutual Insurance Company's Motion to Enter Final Judgment ("Motion"), and shows the Court as follows:

**ARGUMENT**

Plaintiff opposes Liberty Mutual's Motion because it is wholly redundant and only serves to confuse the record. First, as Liberty Mutual's Motion makes clear, Plaintiff has previously accepted the Rule 68 offer extended by Liberty Mutual.[1] That acceptance was conditioned on acceptance of the terms of the Rule 68 offer that did not contradict the language of the policy.[2] However, Liberty Mutual's Motion merely states that "Plaintiff Ali accepted the Offer of Judgment" without any further detail or explanation. This mischaracterizes both Plaintiff's acceptance of the Rule 68 offer and the subsequent Request for Declaratory Judgment filed with

---

[1] Dkt. 17, Plaintiff's Acceptance of Rule 68 Offer.
[2] *Id.* at

this Court by Plaintiff.

In reality, Liberty Mutual's Motion is merely an unnecessary reframing of Plaintiff's Request for Declaratory Judgment, to which Liberty Mutual has already filed a response.[3] Accordingly, Plaintiff incorporates the entirety of his Request for a Declaratory Judgment and subsequent Reply in support of that Request for a Declaratory Judgment into this Response, as necessary. Liberty Mutual's Motion—while deceptively brief and simplistic—only serves to muddy the waters and sidestep the issues already briefed through Plaintiff's Request for a Declaratory Judgment.

## CONCLUSION

For the reasons outlined above, Plaintiff respectfully requests that this Court deny Liberty Mutual's Motion to Enter Final Judgment as moot.

Respectfully submitted,

By: /s/ *Chad T. Wilson*
Chad T. Wilson
Bar No. 24079587
Donald C. Green II
Bar No. 24086619
CHAD T. WILSON LAW FIRM PLLC
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
cwilson@cwilsonlaw.com
dgreen@cwilsonlaw.com

ATTORNEYS FOR PLAINTIFF

---

[3] Dkt. 22, Liberty Mutual's Response to Plaintiff's Request for Declaratory Judgment.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Response in Opposition to Defendant Liberty Mutual Insurance Company's Motion to Enter Final Judgment has been forwarded to all counsel of record through the Court's CM/ECF system today, January 2, 2023.

/s/ *Chad T. Wilson*
Chad T. Wilson