United States District Court
Southern District of Texas

**ENTERED**

January 12, 2023

Nathan Ochsner, Clerk

**Cause Number:**   4:22-CV-36

**Style:**   Farhat Ali v Liberty Mutual Personal Insurance Company

**Appearances:**

**Counsel:**                                     **Representing:**

Patrick McGinnis                            Farhat Ali

Donald Clifton Green, II

John Mark Kressenberg                   Liberty Mutual Personal

Andrew Lee Johnson                        Insurance Company

Date:   January 11, 2023          ERO:          Yes

Time:   10:05 / 10: 35 a.m.          Law Clerk:   Not Applicable

HEARING
MINUTES AND ORDER

At the hearing the following rulings were made:

Plaintiff's Counsel represented to the court on the record that the Rule 68 Offer of Judgment, ECF No. 17-1, was accepted unconditionally.  Rule 68 requires the Clerk to enter judgment.

The Clerk will file the Minutes and Order and provide copies to the parties.

Peter Bray
United States Magistrate Judge