United States District Court
Southern District of Texas
**ENTERED**
January 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Farhat Ali, § <br>    Plaintiff, § <br> § <br> *versus* § <br> § <br> Liberty Mutual Personal Insurance § <br> Company, § <br>    Respondent. § | Civil Action H-22-36 |

## Order To Enter Final Judgment

Farhat Ali has accepted Defendant's Offer of Judgment. (29) The Clerk will enter judgment in accordance with Rule 68(a). All other motions are denied. (18, 20, 21)

Signed on January \_\_18\_\_, 2023, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge